UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEVIN L. SHINSKY,

    Plaintiff,

V.                                                    Case No: 2:11-CV-583-FtM-UASPC

KEVIN RAMBOSK, KAREN
HEBEBRAND and JOHNNY JOE
CISNERO,

    Defendants.

_____/

## ORDER

This matter comes before the Court on Order to Show Cause (Doc. #30) entered by the Court on February 14, 2012. In that Order to Show Cause, the Court directed Plaintiff Kevin L. Shinsky to show cause in writing on or before February 27, 2012, why he did not inform the Court whether he has retained counsel to represent him or whether he intends to proceed *pro se*. To date, Plaintiff has failed to respond. Therefore, the Court will assume that Plaintiff is proceeding *pro se*.

Plaintiff is obligated to prosecute this action on his own behalf in compliance with Local and Federal Rules. Failure to do so could result in this action being dismissed for failure to prosecute. Defendants have previously requested to be excused from the Court's deadline to meet and confer and agree upon a Court-approved mediator as they are unsure whether Plaintiff is represented by counsel or not. This Court granted that request (Docs. #29, 31). Given that the

1

Court has now found that Plaintiff is proceeding *pro se*, the Parties are obligated to meet and confer in order to agree upon a court approved mediator. The Parties shall do so by May 9, 2012. Plaintiff is cautioned that he must participate. Defendant shall inform this Court if Plaintiff has failed to meet and confer and if so Defendant may file a unilateral notice of choice of mediator, date, and time.

Accordingly, it is now

**ORDERED:**

The Court will take no further action on its Order to Show Cause (Doc. #30). The Parties shall have up to and including **May 9, 2012** to meet and confer regarding choice of mediator in this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th Day of April, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record